## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GS HOLISTIC, LLC,**

      **Plaintiff,**

**v.**                              **Case No: 8:25-cv-516-CEH-AAS**

**MR. PUFFERS 2 INC., et al.,**

      **Defendants.**

_____/

## ORDER

Attorney David Perry moved to withdraw as counsel for the plaintiff GS Holistic, LLC (GS Holistic). (Doc. 25). Subsequently, Attorney Perry filed an amended motion to withdraw and for a limited stay of thirty days to allow new counsel to become familiar with the case. (Doc. 26). Proper notice was provided under Local Rule 2.02(c), M.D. Fla. (Doc. 26, p. 5). Attorney Perry indicated GS Holistic's in-house attorney Eddy Leal will appear as new counsel. (Doc. 26, p. 2). The motion to withdraw is unopposed.

Accordingly, it is **ORDERED**:

(1)    The first motion to withdraw (Doc. 25) is **DENIED** as moot per the amended motion (Doc. 26).

(2)    Attorney David Perry's motion to withdraw as counsel for GS Holistic (Doc. 26) is **GRANTED**.

1

(3)    Corporate defendant GS Holistic is put on notice that a corporation cannot represent itself and must obtain counsel admitted to practice before this court. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that . . . cannot appear pro se and must be represented by counsel."). Corporate defendant GS Holistic must retain counsel who must file a notice of appearance by **January 9, 2026**. The deadline is short because GS Holistic will be represented by its in-house counsel, Eddy Leal, who the court has confirmed is already a member of this district's bar.

(4)    The motion for a limited stay of thirty days (Doc. 26) is **GRANTED**. The case is temporarily stayed until **February 6, 2026**. This limited stay, however, does not affect the deadlines in the court's Case Management and Scheduling Order (Doc. 16) because the next case deadline is not until March 6, 2026. To the extent either party wishes to extend any of the remaining case deadlines, the requesting party must file a motion.

**ENTERED** in Tampa, Florida on January 5, 2026.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2